UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 27750
    LEONARD P DAVEY
    ANNETTE T DAVEY                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-1833    SSN XXX-XX-6100

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/27/04 and confirmed on 10/15/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 12600.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---------------|-------|--------------|---------------|----------------|
| DAIMLER CHRYSLER FINANCI | SECURED | 5914.00 | 564.71 | 5914.00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| LIBERTY BANK FOR SAVINGS | CURRENT MORTG | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9551.08 | .00 | 2038.98 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER CREDIT COUNSELI | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1005.88 | .00 | 214.74 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | 4779.39 | .00 | 1020.31 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| SAM M CICCARELLI DDS | UNSECURED | NOT FILED | .00 | .00 |
| CELLULAR ONE | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 2948.63 | .00 | 629.48 |

            Summary of disbursements:
--------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | 5914.00 | .00 | 18284.98 | .00 | 24198.98 |
| PRINCIPAL PAID | 5914.00 | .00 | 3903.51 | .00 | 9817.51 |
| INTEREST PAID | 564.71 | .00 | .00 | .00 | 564.71 |
| TOTAL PAID | 6478.71 | .00 | 3903.51 | .00 | 10382.22 |

The Debtor's attorney, KOFKIN & SCHEINBAUM        , was allowed $ 2700.00
and was paid $  1006.00  direct and $  1694.00  through the plan.

The Trustee received $   523.78 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 27750 LEONARD P DAVEY & ANNETTE T DAVEY